# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

144889

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

Estate of JOSEPH P. ESMER.

_____

CATHERINE BRAINERD, Personal
Representative for the Estate of JOSEPH
P. ESMER,
   Plaintiff-Appellant,

v

HOME-OWNERS INSURANCE CO.,
   Defendant-Appellee.

SC: 144889
COA: 301675
Saginaw CC: 10-009069-NF

_____/

   On order of the Court, the application for leave to appeal the February 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   HATHAWAY, J., would grant leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

h0827